SAMUEL BETESH and DAVID FRANCO, Respondents, v. 14TH STREET & BROADWAY REALTY CORPORATION, Appellant, Impleaded with Another, Defendant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and direct judgment in favor of the defendant-appellant.

PEGGY JANE LEVIN, an Infant, by Her Guardian ad Litem, JOSEPH LEVIN, and JOSEPH LEVIN, Appellants, v. CHARLES RUDY and PEARL RUDY, Respondents.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AUTOMATIC EMBROIDERY MACHINES, INC., Respondent, v. DAVID COBEN and EMIL DRECHSLER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERWIN DAYAN, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between JAMES L. RICHTER, Respondent, and GENERAL MIRROR CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEAN L. GILBERT, Respondent, v. HERMAN E. GILBERT, Appellant.— Judgment, so far as appealed from, unanimously modified by eliminating the provision for a bond, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROBERT BOWERY, Respondent, v. MARION ESTATE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS GREENBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of MILLIE CARFORA, Respondent, v. CARL CERRONI, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of HERMAN GOTTLIEB, as a Certificate Holder, for the Appointment of a Substituted Trustee in the Place and Stead of BROOKLYN TRUST COMPANY in the Certificate Issue Known as Hotel Adams, 2-4-6-8 East 86th Street, Manhattan, New York City, Issued by PRUDENCE-BONDS CORPORATION, Appellant. In the Matter of the Application of BROOKLYN TRUST COMPANY, as Trustee, for Leave to Extend and Modify a Certain Mortgage Covering Premises Known as 2 East 86th Street, City, County and State of New York, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.